IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEVI PACE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:99v962-ID |
| ) | (WO) |
| MICHAEL W. HALEY, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Upon CONSIDERATION of the Recommendation of the Magistrate Judge, filed September 29, 2006 (Doc. No. 62), and Petitioner Levi Pace's objection, filed October 16, 2006 (Doc. No. 63), and upon an independent review of the file in this case, it is ORDERED that:

1. Plaintiff's objection be and the same is hereby OVERRULED;

2. the Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED; and

3. the petition for habeas corpus relief filed by Pace be and the same is hereby DENIED and this cause is hereby DISMISSED with prejudice.

DONE this 26th day of October, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE