IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEVI PACE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:99v962-ID |
| | )             (WO) |
| MICHAEL W. HALEY, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings and the court's order entered this same date, it is CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby ENTERED in favor of Defendants and against Plaintiff.

DONE this 26th day of October, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE